| | |
|---|---|
| CASE TITLE: | Meryl Borders-Humphrey v. Prison Health Services, Inc., et al. |
| COURT/CASE NO: | USDC, Northern District, Case No. C07 02516 EDL |

## PROOF OF SERVICE

I am employed in the County of Sacramento; my business address is 555 Capitol Mall, 9th Floor, Sacramento, California 95814. I am over the age of eighteen years and not a party to the foregoing action.

On May 10, 2007, I served the within:

**(1)    NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b);**

**(2)    ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;**

**(3)    STANDING ORDER FOR MAGISTRATE JUDGE ELIZABETH D. LAPORTE;**

**(4)    STANDING ORDER RE CASE MANAGEMENT CONFERENCE;**

**(5)    STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA;**

**(6)    ECF REGISTRATION INFORMATION HANDOUT;;**

**(7)    NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;**

**(8)    CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE (BLANK FORM);**

**(9)    DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; (BLANK FORM);**

**(10)   GUIDELINES TO THE U.S. DISTRICT COURT;**

**(11)   ANSWER TO COMPLAINT.**

☐   **(by mail)** on all parties in said action by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At McDonough Holland & Allen PC, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the City of Sacramento, California.

☐   **(by personal delivery)** by personally delivering a true copy thereof to the person(s) and at the address(es) set forth below:



| | |
|---|---|
| [X] | **(by overnight delivery)** on the following party(ies) in said action by placing a true copy thereof enclosed in a sealed envelope, with delivery fees paid or provided for, in a designated area for outgoing overnight mail, addressed as set forth below. In the ordinary course of business at McDonough Holland & Allen PC, mail placed in that designated area is picked up that same day for delivery the following business day. |
| [ ] | **(by facsimile)** by transmitting a true copy thereof to the persons at the following telecopier numbers and obtaining electronic confirmation that the transmissions have been received: |

Michael C. Cohen
Law Offices of Michael C. Cohen
1814 Franklin Street, Suite 900
Oakland, CA 94612

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 10, 2007, at Sacramento, California.

/s/ Elizabeth P. Kastern
ELIZABETH P. KASTERN