1  DAVID A. WOLF, ESQ. (124460)
   SUSAN L. SCHOENIG, ESQ. (91048)
2  LAURA J. FOWLER, ESQ. (186097)
   McDONOUGH HOLLAND & ALLEN PC
3  Attorneys at Law
   555 Capitol Mall, 9th Floor
4  Sacramento, CA  95814
   Phone: 916.444.3900
5  Fax:    916.444.3249

6  Attorneys for Prison Health Services, Inc.

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  MERYL BORDERS-HUMPHREY,           )   Case No. C 07-02516 EDL
                                      )
12              Plaintiff,            )   **PROOF OF SERVICE**
                                      )
13      v.                            )
                                      )
14  PRISON HEALTH SERVICES, INC., and )
    DOES 1 through 10,                )
15                                    )
                Defendants.           )
16                                    )

CASE TITLE:        Meryl Borders-Humphrey v. Prison Health Services, Inc., et al.

COURT/CASE NO:    USDC, Northern District, Case No. C07 02516 EDL

## PROOF OF SERVICE

I am employed in the County of Sacramento; my business address is 555 Capitol Mall, 9th Floor, Sacramento, California 95814. I am over the age of eighteen years and not a party to the foregoing action.

On June 26, 2007, I served the within:

(1)     **ADR Dispute Resolution Procedures in the Northern District of California Hand Book**

[X] **(by mail)** on all parties in said action by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At McDonough Holland & Allen PC, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the City of Sacramento, California.

[ ] **(by personal delivery)** by personally delivering a true copy thereof to the person(s) and at the address(es) set forth below:

[ ] **(by overnight delivery)** on the following party(ies) in said action by placing a true copy thereof enclosed in a sealed envelope, with delivery fees paid or provided for, in a designated area for outgoing overnight mail, addressed as set forth below. In the ordinary course of business at McDonough Holland & Allen PC, mail placed in that designated area is picked up that same day for delivery the following business day.

[ ] **(by facsimile)** by transmitting a true copy thereof to the persons at the following telecopier numbers and obtaining electronic confirmation that the transmissions have been received:

Michael C. Cohen
Law Offices of Michael C. Cohen
1814 Franklin Street, Suite 900
Oakland, CA 94612

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 26, 2007, at Sacramento, California.

                                                                  /s/ Elizabeth P. Kastern
                                                               ELIZABETH P. KASTERN

