```
 1  Michael C. Cohen, Esq., Bar No. 65487
    LAW OFFICES OF MICHAEL C. COHEN
 2  1814 Franklin Street, Suite 900
    Oakland, CA 94612
 3  (510) 832-6436

 4  Attorney for Plaintiff

 5

 6

 7
                    UNITED STATES DISTRICT COURT
 8
                   NORTHERN DISTRICT OF CALIFORNIA
 9

10

11
    MERYL BORDERS-HUMPHREY,              No. C 07-02516 EDL
12
                Plaintiff,               STIPULATION AND [PROPOSED
13                                       ORDER] SELECTING ADR PROCESS

14  vs.

15  PRISON HEALTH SERVICES, INC.,
    and DOES 1 through 10,
16
                Defendants.
17  _____/

18       Counsel report that they have met and conferred regarding

19  ADR and have reached the following stipulation pursuant to Civil

20  L.R. 16-8 and ADR L.R. 3-5:

21       The parties agree to participate in the following ADR

22  process;

23       Court Processes:

24       Early Neutral Evaluation (ENE)(ADR L.R.5)

25       The parties agree to hold the ADR session by:

26       within ninety (90) days from the date of the order referring

27

28  Stipulation              -1-
```

1 | the case to an ADR process unless otherwise ordered.

3 | Dated: July 24, 2007

*Michael C. Cohen*
Michael C. Cohen
Attorney for Plaintiff

6 | Dated: July 24, 2007

/s/ David A. Wolf
David A. Wolf,
Attorney for Defendant

10 | **[PROPOSED ORDER]**

Pursuant to Stipulation above, the captioned matter is hereby referred to:

Early Neutral Evaluation (ENE)

Deadline for ADR session 90 days from the date of this order.

**IT IS ORDERED.**

Dated: _____

ELIZABETH D. LAPORTE,
United States Magistrate Judge

28 | Stipulation                -2-