```
1  Michael C. Cohen, Esq., Bar No. 65487
   LAW OFFICES OF MICHAEL C. COHEN
2  1814 Franklin Street, Suite 900
   Oakland, CA 94612
3  (510) 832-6436

4  Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERYL BORDERS-HUMPHREY,<br><br>    Plaintiff,<br><br>vs.<br><br>PRISON HEALTH SERVICES, INC., and DOES 1 through 10,<br><br>    Defendants.<br>_____/ | No. C 07-02516 EDL<br><br>STIPULATION AND [~~PROPOSED ORDER~~] SELECTING ADR PROCESS |

    Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

    The parties agree to participate in the following ADR process;

    Court Processes:

    Early Neutral Evaluation (ENE)(ADR L.R.5)

    The parties agree to hold the ADR session by:

    within ninety (90) days from the date of the order referring

Stipulation                   -1-

the case to an ADR process unless otherwise ordered.

Dated: July 24, 2007

*Michael C. Cohen*
Michael C. Cohen
Attorney for Plaintiff

Dated: July 24, 2007

/s/ David A. Wolf
David A. Wolf,
Attorney for Defendant

[~~PROPOSED ORDER~~]

Pursuant to Stipulation above, the captioned matter is hereby referred to:

Early Neutral Evaluation (ENE)

Deadline for ADR session 90 days from the date of this order.

**IT IS ORDERED.**

Dated: July 25, 2007

ELIZABETH D. LAPORTE
United States Magistrate Judge

*IT IS SO ORDERED*
*Elizabeth D. Laporte*
Judge Elizabeth D. Laporte

Stipulation                                -2-