1  DAVID A. WOLF, ESQ. (124460)
   SUSAN L. SCHOENIG, ESQ. (91048)
2  LAURA J. FOWLER, ESQ. (186097)
   McDONOUGH HOLLAND & ALLEN PC
3  Attorneys at Law
   555 Capitol Mall, 9th Floor
4  Sacramento, CA  95814
   Phone: 916.444.3900
5  Fax:    916.444.3249

6  Attorneys for Prison Health Services, Inc.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 MERYL BORDERS-HUMPHREY,           )  Case No. C 07-02516 EDL
                                     )
12              Plaintiff,           )  **ADR CERTIFICATION BY PARTIES**
                                     )  **AND COUNSEL**
13      v.                           )
                                     )
14 PRISON HEALTH SERVICES, INC., and )
   DOES 1 through 10,                )
15                                   )
                Defendants.          )
16                                   )

17      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he
18 or she has:

19      (1)  Read the handbook entitled "*Dispute Resolution Procedures in the Northern District*
20 *of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov;

21      (2)  Discussed the available dispute resolution options provided by the Court and private
22 entities; and

23      (3)  Considered whether this case might benefit from any of the available dispute
24 resolution options.

25 DATED: August 2, 2007              /s/  Lenore Gilbert
                                          Lenore Gilbert,
26                                        Prison Health Services, Inc.

27

28

1  DATED: August 2, 2007                    /s/  Laura J. Fowler
2                                           Laura J. Fowler,
                                            Attorneys for Defendant Prison Health Services, Inc.

CASE TITLE:    Meryl Borders-Humphrey v. Prison Health Services, Inc., et al.

COURT/CASE NO:    USDC, Northern District, Case No. C07 02516 EDL

**PROOF OF SERVICE**

I am employed in the County of Sacramento; my business address is 555 Capitol Mall, 9th Floor, Sacramento, California 95814. I am over the age of eighteen years and not a party to the foregoing action.

On August 2, 2007, I served the within:

1. **ADR Certification by Parties and Counsel**

[X] **(by mail)** on all parties in said action by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At McDonough Holland & Allen PC, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the City of Sacramento, California.

[ ] **(by personal delivery)** by personally delivering a true copy thereof to the person(s) and at the address(es) set forth below:

[ ] **(by overnight delivery)** on the following party(ies) in said action by placing a true copy thereof enclosed in a sealed envelope, with delivery fees paid or provided for, in a designated area for outgoing overnight mail, addressed as set forth below. In the ordinary course of business at McDonough Holland & Allen PC, mail placed in that designated area is picked up that same day for delivery the following business day.

[ ] **(by facsimile)** by transmitting a true copy thereof to the persons at the following telecopier numbers and obtaining electronic confirmation that the transmissions have been received:

Michael C. Cohen
Law Offices of Michael C. Cohen
1814 Franklin Street, Suite 900
Oakland, CA 94612

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 2, 2007, at Sacramento, California.

/s/ Marsha Stamper
MARSHA STAMPER

ADR Certification by Parties and Counsel                                                    1031689v1 80135/0017