DAVID A. WOLF, ESQ. (124460)
SUSAN L. SCHOENIG, ESQ. (91048)
LAURA J. FOWLER, ESQ. (186097)
McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
555 Capitol Mall, 9th Floor
Sacramento, CA  95814
Phone: 916.444.3900
Fax:    916.444.3249

Attorneys for Prison Health Services, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MERYL BORDERS-HUMPHREY, | ) | Case No. C 07-02516 EDL |
| Plaintiff, | ) | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | ) | |
| PRISON HEALTH SERVICES, INC., and DOES 1 through 10, | ) | |
| Defendants. | ) | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:  America Service Group, Inc.  Prison Health Services, Inc. (the named defendant in this action) is a wholly-owned subsidiary of America Service Group, Inc.

DATED:  August 3, 2007                McDONOUGH HOLLAND & ALLEN PC
                                                          Attorneys at Law


                                                          By:  /s/ Laura J. Fowler
                                                                    LAURA J. FOWLER

                                                          Attorneys for Defendant Prison Health Services, Inc.

**MHA**
McDonough Holland & Allen PC
Attorneys at Law