```
1  DAVID A. WOLF, ESQ. (124460)
   SUSAN L. SCHOENIG, ESQ. (91048)
2  LAURA J. FOWLER, ESQ. (186097)
   McDONOUGH HOLLAND & ALLEN PC
3  Attorneys at Law
   555 Capitol Mall, 9th Floor
4  Sacramento, CA  95814
   Phone: 916.444.3900
5  Fax:   916.444.3249

6  Attorneys for Prison Health Services, Inc.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERYL BORDERS-HUMPHREY,<br><br>   Plaintiff,<br><br>   v.<br><br>PRISON HEALTH SERVICES, INC., and DOES 1 through 10,<br><br>   Defendants. | Case No. C 07-02516 EDL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED: August 6, 2007
McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law

By:  /s/ Laura J. Fowler
         LAURA J. FOWLER

Attorneys for Defendant Prison Health Services, Inc.