# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Borders-Humphrey,<br><br>            Plaintiff(s),<br><br>    v.<br><br>Prison Health Services, Inc.,<br><br>            Defendant(s). | 07-02516 JSW ENE<br><br>**Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

> **AnnaMary E. Gannon**
> Littler Mendelson, P.C.
> 650 California St., 20th Floor
> San Francisco, CA 94108-2693
> 415-399-8481

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program.  The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE.  The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
07-02516 JSW ENE                       - 1 -

1  Counsel are reminded that the written ENE statements required by the ADR L.R.
2  5-8 shall NOT be filed with the court.

4  Dated: August 13, 2007

RICHARD W. WIEKING
Clerk
by:     Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Evaluator**
07-02516 JSW ENE                    - 2 -