**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: October 19, 2007

Case No.   C 07-2516  JSW          Judge: JEFFREY S. WHITE

Title: MERYL BORDERS-HUMPHREYS -v- PRISON HEALTH SERVICES

Attorneys:  Plf: Michael Cohen
            Dft: David Wolfe

Deputy Clerk:  Anthony Bowser   Court Reporter: Catherine Powell

**PROCEEDINGS**

1)   Initial Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

Counsel instructed by court to meet and confer with clients re revisiting Consent to Proceed before Magistrate Judge, and to submit notice of intent not later than 10/26/2007;

Discovery stayed except for completion of plaintiff's deposition prior to mediation;

Mediation to be completed by close of November/2007, prior to arbitration on 12/4/2007;

Further CMC to be heard 1:30 pm on 1/4/2008;