DAVID A. WOLF, ESQ. (124460)
SUSAN L. SCHOENIG, ESQ. (91048)
LAURA J. FOWLER, ESQ. (186097)
McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
555 Capitol Mall, 9th Floor
Sacramento, CA  95814
Phone: 916.444.3900
Fax:    916.444.3249

Attorneys for Defendant Prison Health Services, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERYL BORDERS-HUMPHREY,<br><br>             Plaintiff,<br><br>     v.<br><br>PRISON HEALTH SERVICES, INC., and DOES 1 through 10,<br><br>             Defendants. | Case No. C 07-02516 EDL<br><br>**NOTICE OF INTENT TO DECLINE TO PROCEED BEFORE A MAGISTRATE JUDGE** |

In accordance with the Order After Hearing filed on October 19, 2007, the parties in this matter hereby advise the Court that they have conferred with their respective clients about proceeding before a United States Magistrate Judge. The parties, by and through their attorneys of record, hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition.

DATED: October 24, 2007         McDONOUGH HOLLAND & ALLEN PC
                                Attorneys at Law

                                By:      /s/ Laura J. Fowler
                                         LAURA J. FOWLER
                                Attorneys for Defendant Prison Health Services, Inc.

DATED: October 24, 2007         LAW OFFICES OF MICHAEL C. COHEN

                                By:      /s/ Michael C. Cohen
                                         MICHAEL C. COHEN
                                Attorneys for Plaintiff Meryl Borders Humphrey