**FILED**

OCT 2 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Borders-Humphrey, | No. C 07-02516 JSW ENE |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Prison Health Services, Inc., | |
| Defendant(s). | |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☑ ENE session on (date) _October 19, 2007_

2. Did the case settle?   ☐ fully   ☐ partially   ☑ no

3. If the case did not settle fully, is any follow-up contemplated?
   ☑ another *MEDIATION* session scheduled for (date) _November_
   ☐ phone discussions expected by (date) _____
   ☐ no

4. IS THIS ADR PROCESS COMPLETED?   ☐ YES   ☑ NO
   _Follow-up session anticipated_

Dated: _10.19.2007._

Evaluator, AnnaMary E. Gannon
Littler Mendelson, P.C.
650 California St., 20th Floor
San Francisco, CA 94108-2693

**Certification of ADR Session**
07-02516 JSW ENE