**FILED**

NOV 0 8 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_United States District Court_
_Northern District of California_

**UNITED STATES DISTRICT COURT**

**Northern District of California**

| | |
|---|---|
| Borders-Humphrey, | No. C 07-02516 JSW MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Prison Health Services, Inc., | |
| Defendant(s). | |

_Instructions:_  **The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session.  The ADR unit will file-stamp the Certification and place it in the court file.**

1.    I hereby certify that the parties in this matter held a ☑ Mediation or ☐ ENE session on (date) _November 6, 2007_

2.    Did the case settle?          ☐ fully          ☐ partially          ☑ no

3.    If the case did not settle fully, is any follow-up contemplated?

☐ another session scheduled for (date) _____

☐ phone discussions expected by (date) _____

☑ no *PERHAPS:* *MEDIATION FOLLOWED AN ENE ON 10.19.2007 AND PARTIES HAVE A UNION/MANAGEMENT ARBITRATION ON 12.4.2007. PARTIES*

4.    **IS THIS ADR PROCESS COMPLETED?          ☑ YES          ☐ NO** *AGREED TO CONTACT ME IF THEY BELIEVE IT WOULD BE USEFUL*

Dated:    _November 6, 2007_          _AnnaMary Gannon_
                                      Mediator, AnnaMary E. Gannon
                                      Littler Mendelson, P.C.
                                      650 California St., 20th Floor
                                      San Francisco, CA 94108-2693

**Certification of ADR Session**
07-02516 JSW MED