UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MERYL BORDRS-HUMPHREY

       Plaintiff(s),                          No. C 07-02516 JSW

   v.                                    **CLERK'S NOTICE**

PRISON HEALTH SRVICES

       Defendant(s).

_____/

     YOU ARE HEREBY NOTIFIED that on February 8, 2008, at 1:30 p.m., in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Further Case Management Conference **previously noticed for** January 4, 2008, in this matter. A joint case management statement shall be due on or before February 1, 2008.

                                      Richard W. Wieking
                                      Clerk, United States District Court

                                      By:_____
                                      Jennifer Ottolini, Deputy Clerk
                                      Honorable Jeffrey S. White
                                      (415) 522-4173

Dated: January 2, 2008