```
DAVID A. WOLF, ESQ. (124460)
SUSAN L. SCHOENIG, ESQ. (91048)
LAURA J. FOWLER, ESQ. (186097)
McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
555 Capitol Mall, 9th Floor
Sacramento, CA  95814
Phone: 916.444.3900
Fax:    916.444.3249
```

Attorneys for Prison Health Services, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERYL BORDERS-HUMPHREY,<br><br>Plaintiff,<br><br>v.<br><br>PRISON HEALTH SERVICES, INC., and DOES 1 through 10,<br><br>Defendants. | Case No. C 07-02516 JSW<br><br>**THIRD JOINT CASE MANAGEMENT STATEMENT**<br><br>DATE:  February 8, 2008<br>TIME:  1:30 p.m.<br>PLACE: Courtroom 2, 17th Floor |

1. **Case Management Conference**

At the initial Case Management Conference held on October 19, 2007, the Court set a second case management conference for January 4, 2008, in order to provide the parties time to complete mediation with the court-appointed ENE evaluator. The parties participated in a mediation session with Anna-Mary Gannon on October 19, 2007, but the case did not settle. At the parties' joint request, the Court continued the January 4 case management conference to February 8, 2008, in order to allow the parties to complete the arbitration of Plaintiff's related union grievance.

2. **Status of Union Arbitration**

Plaintiff's employment with defendant Prison Health Services, Inc. (PHS) was governed by a collective bargaining agreement. Plaintiff filed a union grievance challenging the termination of her employment. That grievance has now proceeded to arbitration. The arbitration commenced on



1  December 4, 2008, and a second session was held on January 17, 2008. Because the arbitration was
2  not completed on January 17, a third (and anticipated final) arbitration session is scheduled for
3  Wednesday, February 6, 2008. Because the resolution of the arbitration could impact the scope and
4  timing of the present proceeding, the parties are not presently in a position to schedule this case for
5  completion of discovery or trial. The parties respectfully request that the February 8 case
6  management conference be continued for approximately 90-120 days (until mid- to late-May 2008)
7  in order to allow an opportunity to complete the arbitration and receive a ruling from the arbitrator.

### 3. **Discovery**

Discovery in this matter has been stayed. The parties have commenced (but not completed) Plaintiff's deposition. The parties have also exchanged initial disclosures and requests for production.

### 4. **Scheduling**

Defendant PHS reiterates that it is premature to schedule this case for further proceedings until the parties receive a ruling from the arbitrator on Plaintiff's union grievance. Given the historical practice with these types of arbitrators, the parties will not likely receive a ruling until sometime in May 2008 (based on the post-arbitration briefing schedule and allowing 30 days for the arbitrator to render a written ruling). Should the Court choose to proceed with the February 8 Case Management Conference and want to schedule the case for further dates, the parties propose the following dates/deadlines:

| | |
|---|---|
| Designation of experts: | September 2008 |
| Discovery cutoff: | October 2008 |
| Hearing of dispositive motions: | December 2008 |
| Pretrial conference: | March 2009 |
| Trial: | May 2009 |

### 5. **Trial**

The parties estimate that the trial will take 5-7 court days.

/ / /

/ / /


McDonough Holland & Allen PC
Attorneys at Law

6. **Other Matters**

Plaintiff's attorney would like to amend the complaint to add American Service Group, Inc. as a defendant. He intends to do this by way of motion or by stipulation of the parties.

DATED: February 1, 2008

McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law

By: _/s/ Laura J. Fowler_
    LAURA J. FOWLER

Attorneys for Defendant Prison Health Services, Inc.

DATED: February 1, 2008

LAW OFFICES OF MICHAEL C. COHEN

By: _/s/ Michael C. Cohen_
    MICHAEL C. COHEN

Attorneys for Plaintiff Meryl Borders-Humphrey