1  DAVID A. WOLF, ESQ. (124460)
   SUSAN L. SCHOENIG, ESQ. (91048)
2  LAURA J. FOWLER, ESQ. (186097)
   McDONOUGH HOLLAND & ALLEN PC
3  Attorneys at Law
   555 Capitol Mall, 9th Floor
4  Sacramento, CA  95814
   Phone: 916.444.3900
5  Fax:    916.444.3249

6  Attorneys for Defendant Prison Health Services, Inc.

7  MICHAEL C. COHEN, ESQ. (65487)
   LAW OFFICE OF MICHAEL C. COHEN
8  1814 Franklin Street, Suite 900
   Oakland, CA  94612
9  Phone: (510) 832-6436

10  Attorneys for Plaintiff Meryl Borders-Humphrey

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13  MERYL BORDERS-HUMPHREY,            )   Case No. C 07-02516 JSW
                                       )
14                   Plaintiff,        )   **STIPULATION AND [PROPOSED]**
                                       )   **ORDER CONTINUING CASE**
15       v.                            )   **MANAGEMENT CONFERENCE**
                                       )
16  PRISON HEALTH SERVICES, INC., and  )
    DOES 1 through 10,                 )
17                                     )
                     Defendants.       )
18  _____)

19

20       Plaintiff, Meryl Borders-Humphrey, and Defendant, Prison Health Services, Inc., through

21  their counsel, jointly stipulate to continuing the case management conference currently scheduled for

22  Friday, February 8, 2008, for the following reasons:

23       Plaintiff's employment with defendant Prison Health Services, Inc. (PHS) was governed by a

24  collective bargaining agreement.  Plaintiff filed a union grievance challenging the termination of her

25  employment.  That grievance has now proceeded to arbitration.  The arbitration commenced on

26  December 4, 2007, and a second session was held on January 17, 2008.  Because the arbitration was

27  not completed on January 17, a third (and anticipated final) arbitration session is scheduled for

28  Wednesday, February 6, 2008.  Because the resolution of the arbitration could impact the scope and



Stipulation and [Proposed] Order Continuing Case Management Conference          1072484v1 80135/0017

1  timing of the present proceeding, the parties are not presently in a position to schedule this case for

2  completion of discovery or trial.

3       In addition, Plaintiff has indicated her intention to amend the complaint to add American

4  Service Group, Inc. as an additional defendant.  The requested continuance will provide the parties

5  time to confer regarding Plaintiff's intention.

6       For these reasons, the parties respectfully request that the February 8 case management

7  conference be continued for approximately 90-120 days (until mid- to late-May 2008) in order to

8  allow an opportunity to complete the arbitration and receive a ruling from the arbitrator and to

9  resolve whether there will be an amendment to the pleadings.

10

11  DATED:  February 4, 2008          McDONOUGH HOLLAND & ALLEN PC
                                              Attorneys at Law

12

13

14  By:         */s/ Laura J. Fowler*
                                            LAURA J. FOWLER

15  Attorneys for Defendant Prison Health Services, Inc.

16

17  DATED:  February 4, 2008          LAW OFFICES OF MICHAEL C. COHEN

18

19  By:         */s/ Michael C. Cohen*
                                            MICHAEL C. COHEN

20

21  Attorneys for Plaintiff Meryl Borders-Humphrey

22  **<u>ORDER</u>**

23       Having read the foregoing Stipulation and good cause appearing therefor,

24       IT  IS  SO  ORDERED  that  the  Case  Management  Conference  is  continued  to

25  _____, 2008.

26  DATED:  _____

27                                      JUDGE OF THE U.S. DISTRICT COURT

28

**MHA**
McDonough Holland & Allen PC
Attorneys at Law

Stipulation and [Proposed] Order Continuing Case Management Conference         1072484v1 80135/0017