DAVID A. WOLF, ESQ. (124460)
SUSAN L. SCHOENIG, ESQ. (91048)
LAURA J. FOWLER, ESQ. (186097)
McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
555 Capitol Mall, 9th Floor
Sacramento, CA 95814
Phone: 916.444.3900
Fax:    916.444.3249

Attorneys for Defendant Prison Health Services, Inc.

MICHAEL C. COHEN, ESQ. (65487)
LAW OFFICE OF MICHAEL C. COHEN
1814 Franklin Street, Suite 900
Oakland, CA 94612
Phone: (510) 832-6436

Attorneys for Plaintiff Meryl Borders-Humphrey

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERYL BORDERS-HUMPHREY,<br><br>  Plaintiff,<br><br>  v.<br><br>PRISON HEALTH SERVICES, INC., and DOES 1 through 10,<br><br>  Defendants. | Case No. C 07-02516 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Plaintiff, Meryl Borders-Humphrey, and Defendant, Prison Health Services, Inc., through their counsel, jointly stipulate to continuing the case management conference currently scheduled for Friday, February 8, 2008, for the following reasons:

Plaintiff's employment with defendant Prison Health Services, Inc. (PHS) was governed by a collective bargaining agreement. Plaintiff filed a union grievance challenging the termination of her employment. That grievance has now proceeded to arbitration. The arbitration commenced on December 4, 2007, and a second session was held on January 17, 2008. Because the arbitration was not completed on January 17, a third (and anticipated final) arbitration session is scheduled for Wednesday, February 6, 2008. Because the resolution of the arbitration could impact the scope and

1  timing of the present proceeding, the parties are not presently in a position to schedule this case for
2  completion of discovery or trial.
3      In addition, Plaintiff has indicated her intention to amend the complaint to add American
4  Service Group, Inc. as an additional defendant. The requested continuance will provide the parties
5  time to confer regarding Plaintiff's intention.
6      For these reasons, the parties respectfully request that the February 8 case management
7  conference be continued for approximately 90-120 days (until mid- to late-May 2008) in order to
8  allow an opportunity to complete the arbitration and receive a ruling from the arbitrator and to
9  resolve whether there will be an amendment to the pleadings.

11  DATED: February 4, 2008       McDONOUGH HOLLAND & ALLEN PC
12       Attorneys at Law

14       By: /s/ Laura J. Fowler
         LAURA J. FOWLER

15       Attorneys for Defendant Prison Health Services, Inc.

17  DATED: February 4, 2008       LAW OFFICES OF MICHAEL C. COHEN

19       By: /s/ Michael C. Cohen
         MICHAEL C. COHEN

21       Attorneys for Plaintiff Meryl Borders-Humphrey

22  **ORDER**

23      Having read the foregoing Stipulation and good cause appearing therefor,
24      IT IS SO ORDERED that the Case Management Conference is continued to
25  _____May 30_____, 2008.
26  DATED: February 4, 2008

    */s/ Jeffrey S. White*
    JUDGE OF THE U.S. DISTRICT COURT

