DAVID A. WOLF, ESQ. (124460)
SUSAN L. SCHOENIG, ESQ. (91048)
LAURA J. FOWLER, ESQ. (186097)
McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
555 Capitol Mall, 9th Floor
Sacramento, CA 95814
Phone: 916.444.3900
Fax: 916.444.3249

Attorneys for Defendant Prison Health Services, Inc.

MICHAEL C. COHEN, ESQ. (65487)
LAW OFFICE OF MICHAEL C. COHEN
1814 Franklin Street, Suite 900
Oakland, CA 94612
Phone: (510) 832-6436

Attorneys for Plaintiff Meryl Borders-Humphrey

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERYL BORDERS-HUMPHREY,<br><br>    Plaintiff,<br><br>    v.<br><br>PRISON HEALTH SERVICES, INC., and DOES 1 through 10,<br><br>    Defendants. | Case No. C 07-02516 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Plaintiff, Meryl Borders-Humphrey, and Defendant, Prison Health Services, Inc., through their counsel, jointly stipulate to continuing the case management conference currently scheduled for Friday, February 8, 2008, for the following reasons:

Plaintiff's employment with defendant Prison Health Services, Inc. (PHS) was governed by a collective bargaining agreement. Plaintiff filed a union grievance challenging the termination of her employment. That grievance has now proceeded to arbitration. The arbitration commenced on December 4, 2007, and a second session was held on January 17, 2008. Because the arbitration was not completed on January 17, a third (and anticipated final) arbitration session is scheduled for Wednesday, February 6, 2008. Because the resolution of the arbitration could impact the scope and

timing of the present proceeding, the parties are not presently in a position to schedule this case for completion of discovery or trial.

In addition, Plaintiff has indicated her intention to amend the complaint to add American Service Group, Inc. as an additional defendant. The requested continuance will provide the parties time to confer regarding Plaintiff's intention.

For these reasons, the parties respectfully request that the February 8 case management conference be continued for approximately 90-120 days (until mid- to late-May 2008) in order to allow an opportunity to complete the arbitration and receive a ruling from the arbitrator and to resolve whether there will be an amendment to the pleadings.

DATED: February 4, 2008

McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law

By: */s/ Laura J. Fowler*
      LAURA J. FOWLER

Attorneys for Defendant Prison Health Services, Inc.

DATED: February 4, 2008

LAW OFFICES OF MICHAEL C. COHEN

By: */s/ Michael C. Cohen*
      MICHAEL C. COHEN

Attorneys for Plaintiff Meryl Borders-Humphrey

## ORDER

Having read the foregoing Stipulation and good cause appearing therefor,

IT IS SO ORDERED that the Case Management Conference is continued to May 30, 2008.

DATED: February 4, 2008

*Jeffrey S. White*
JUDGE OF THE U.S. DISTRICT COURT