1  SUSAN L. SCHOENIG, ESQ. (91048)
   LAURA J. FOWLER, ESQ. (186097)
2  McDONOUGH HOLLAND & ALLEN PC
   Attorneys at Law
3  555 Capitol Mall, 9th Floor
   Sacramento, CA  95814
4  Phone: 916.444.3900
   Fax:    916.444.3249
5
   Attorneys for Defendant Prison Health Services, Inc.
6
   MICHAEL C. COHEN, ESQ. (65487)
7  LAW OFFICE OF MICHAEL C. COHEN
   1814 Franklin Street, Suite 900
8  Oakland, CA  94612
   Phone: (510) 832-6436
9
   Attorneys for Plaintiff Meryl Borders-Humphrey
10

11                 UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13 MERYL BORDERS-HUMPHREY,           )  Case No. C 07-02516 JSW
                                     )
14              Plaintiff,           )  **STIPULATION AND [PROPOSED]**
                                     )  **ORDER CONTINUING CASE**
15      v.                           )  **MANAGEMENT CONFERENCE**
                                     )
16 PRISON HEALTH SERVICES, INC., and )
   DOES 1 through 10,                )
17                                   )
                Defendants.          )
18                                   )

19

20      Plaintiff, Meryl Borders-Humphrey, and Defendant, Prison Health Services, Inc., through

21 their counsel, jointly stipulate to continuing the case management conference currently scheduled for

22 Friday, May 30, 2008, for the following reasons:

23      Plaintiff's employment with defendant Prison Health Services, Inc. (PHS) was governed by a

24 collective bargaining agreement.  Plaintiff filed a union grievance challenging the termination of her

25 employment.  That grievance has now proceeded to arbitration.  The arbitration commenced on

26 December 4, 2007, a second session was held on January 17, 2008, and a third and final session on

27 Wednesday, February 6, 2008.  The parties submitted post-arbitration briefs and are now awaiting a

28 decision from the assigned arbitrator.  Because the resolution of the arbitration could impact the

1  scope and timing of the present proceeding, the parties are not presently in a position to schedule this
2  case for completion of discovery or trial.
3      For these reasons, the parties respectfully request that the May 30 case management
4  conference be continued for approximately 30 days (late June or early July 2008) in order to allow
5  an opportunity to receive a ruling from the arbitrator.

7  DATED: May 22, 2008                    McDONOUGH HOLLAND & ALLEN PC
                                          Attorneys at Law

10                                        By:      /s/ Laura J. Fowler
                                                   LAURA J. FOWLER

11                                        Attorneys for Defendant Prison Health Services, Inc.

13  DATED: May 22 2008                    LAW OFFICES OF MICHAEL C. COHEN

15                                        By:      /s/ Michael C. Cohen
                                                   MICHAEL C. COHEN

17                                        Attorneys for Plaintiff Meryl Borders-Humphrey

18  **ORDER**

19  Having read the foregoing Stipulation and good cause appearing therefor,
20  IT IS SO ORDERED that the Case Management Conference is continued to
21  _____, 2008.

23  DATED: _____
                                          _____
24                                        JUDGE OF THE U.S. DISTRICT COURT