SUSAN L. SCHOENIG, ESQ. (91048)
LAURA J. FOWLER, ESQ. (186097)
McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
555 Capitol Mall, 9th Floor
Sacramento, CA  95814
Phone: 916.444.3900
Fax:    916.444.3249

Attorneys for Defendant Prison Health Services, Inc.

MICHAEL C. COHEN, ESQ. (65487)
LAW OFFICE OF MICHAEL C. COHEN
1814 Franklin Street, Suite 900
Oakland, CA  94612
Phone: (510) 832-6436

Attorneys for Plaintiff Meryl Borders-Humphrey

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERYL BORDERS-HUMPHREY,<br><br>          Plaintiff,<br><br>     v.<br><br>PRISON HEALTH SERVICES, INC., and DOES 1 through 10,<br><br>          Defendants. | Case No. C 07-02516 JSW<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER CONTINUING CASE**<br>**MANAGEMENT CONFERENCE** |

      Plaintiff, Meryl Borders-Humphrey, and Defendant, Prison Health Services, Inc., through their counsel, jointly stipulate to continuing the case management conference currently scheduled for Friday, May 30, 2008, for the following reasons:

      Plaintiff's employment with defendant Prison Health Services, Inc. (PHS) was governed by a collective bargaining agreement. Plaintiff filed a union grievance challenging the termination of her employment. That grievance has now proceeded to arbitration. The arbitration commenced on December 4, 2007, a second session was held on January 17, 2008, and a third and final session on Wednesday, February 6, 2008. The parties submitted post-arbitration briefs and are now awaiting a decision from the assigned arbitrator. Because the resolution of the arbitration could impact the

scope and timing of the present proceeding, the parties are not presently in a position to schedule this case for completion of discovery or trial.

For these reasons, the parties respectfully request that the May 30 case management conference be continued for approximately 30 days (late June or early July 2008) in order to allow an opportunity to receive a ruling from the arbitrator.

DATED: May 22, 2008

McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law

By: _____/s/ Laura J. Fowler_____
LAURA J. FOWLER

Attorneys for Defendant Prison Health Services, Inc.

DATED: May 22 2008

LAW OFFICES OF MICHAEL C. COHEN

By: _____/s/ Michael C. Cohen_____
MICHAEL C. COHEN

Attorneys for Plaintiff Meryl Borders-Humphrey

**ORDER**

Having read the foregoing Stipulation and good cause appearing therefor,

IT IS SO ORDERED that the Case Management Conference is continued to _____July 25_____, 2008.

DATED: _May 23, 2008_

_[signature: Jeffrey S. White]_
JUDGE OF THE U.S. DISTRICT COURT

2

Stipulation and [Proposed] Order Continuing Case Management Conference                                    1098910v1 80135/0017