1  SUSAN L. SCHOENIG, ESQ. (91048)
   LAURA J. FOWLER, ESQ. (186097)
2  McDONOUGH HOLLAND & ALLEN PC
   Attorneys at Law
3  555 Capitol Mall, 9th Floor
   Sacramento, CA  95814
4  Phone: 916.444.3900
   Fax:    916.444.3249
5
6  Attorneys for Defendant Prison Health Services, Inc.

7  MICHAEL C. COHEN, ESQ. (65487)
   LAW OFFICE OF MICHAEL C. COHEN
8  1814 Franklin Street, Suite 900
   Oakland, CA  94612
   Phone: (510) 832-6436
9
   Attorneys for Plaintiff Meryl Borders-Humphrey
10

11                 UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13 | MERYL BORDERS-HUMPHREY,           )   Case No. C 07-02516 JSW
                                       )
14 |             Plaintiff,            )   **STIPULATION AND [PROPOSED]**
                                       )   **ORDER CONTINUING CASE**
15 |      v.                           )   **MANAGEMENT CONFERENCE**
                                       )
16 | PRISON HEALTH SERVICES, INC., and )
     DOES 1 through 10,                )
17 |                                   )
                 Defendants.           )
18 |_____)

19

20       Plaintiff, Meryl Borders-Humphrey, and Defendant, Prison Health Services, Inc., through

21 their counsel, jointly stipulate to continuing the case management conference currently scheduled for

22 Friday, July 25, 2008, for the following reasons:

23       Plaintiff's employment with defendant Prison Health Services, Inc. (PHS) was governed by a

24 collective bargaining agreement.  Plaintiff filed a union grievance challenging the termination of her

25 employment.  That grievance has now proceeded to arbitration.  The arbitration commenced on

26 December 4, 2007, a second session was held on January 17, 2008, and a third and final session on

27 Wednesday, February 6, 2008.  The parties submitted post-arbitration briefs and are now awaiting a

28 decision from the assigned arbitrator.  Because the resolution of the arbitration could impact the

scope and timing of the present proceeding, the parties are not presently in a position to schedule this case for completion of discovery or trial.

 For these reasons, the parties respectfully request that the July 25 case management conference be continued for approximately 30 days (August or early Sepetmeber 2008) in order to allow an opportunity to receive a ruling from the arbitrator.

DATED: July 18, 2008

McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law

By: /s/ Laura J. Fowler
  LAURA J. FOWLER

Attorneys for Defendant Prison Health Services, Inc.

DATED: July 18, 2008

LAW OFFICES OF MICHAEL C. COHEN

By: /s/ Michael C. Cohen
  MICHAEL C. COHEN

Attorneys for Plaintiff Meryl Borders-Humphrey

## ORDER

Having read the foregoing Stipulation and good cause appearing therefor,

IT IS SO ORDERED that the Case Management Conference is continued to September 5, 2008.

DATED: July 21, 2008

*/s/ Jeffrey S. White*
JUDGE OF THE U.S. DISTRICT COURT