SUSAN L. SCHOENIG, ESQ. (91048)
LAURA J. FOWLER, ESQ. (186097)
McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
555 Capitol Mall, 9th Floor
Sacramento, CA  95814
Phone: 916.444.3900
Fax:    916.444.3249

Attorneys for Defendant Prison Health Services, Inc.

MICHAEL C. COHEN, ESQ. (65487)
LAW OFFICE OF MICHAEL C. COHEN
1814 Franklin Street, Suite 900
Oakland, CA  94612
Phone: (510) 832-6436

Attorneys for Plaintiff Meryl Borders-Humphrey

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERYL BORDERS-HUMPHREY, | Case No. C 07-02516 JSW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| PRISON HEALTH SERVICES, INC., and DOES 1 through 10, | |
| Defendants. | |

Plaintiff, Meryl Borders-Humphrey, and Defendant, Prison Health Services, Inc., through their counsel, jointly stipulate to continuing the case management conference currently scheduled for Friday, July 25, 2008, for the following reasons:

Plaintiff's employment with defendant Prison Health Services, Inc. (PHS) was governed by a collective bargaining agreement.  Plaintiff filed a union grievance challenging the termination of her employment.  That grievance has now proceeded to arbitration.  The arbitration commenced on December 4, 2007, a second session was held on January 17, 2008, and a third and final session on Wednesday, February 6, 2008.  The parties submitted post-arbitration briefs and are now awaiting a decision from the assigned arbitrator.  Because the resolution of the arbitration could impact the

MHA
McDonough Holland & Allen PC
Attorneys at Law

Stipulation and [Proposed] Order Continuing Case Management Conference                1098910v1 80135/0017

1  scope and timing of the present proceeding, the parties are not presently in a position to schedule this

2  case for completion of discovery or trial.

3       For these reasons, the parties respectfully request that the July 25 case management

4  conference be continued for approximately 30 days (August or early Sepetmeber 2008) in order to

5  allow an opportunity to receive a ruling from the arbitrator.

6

7  DATED: July 18, 2008                    McDONOUGH HOLLAND & ALLEN PC
                                              Attorneys at Law

8

9

10                                     By:        */s/ Laura J. Fowler*
                                                LAURA J. FOWLER

11                                   Attorneys for Defendant Prison Health Services,
                                 Inc.

12

13  DATED: July 18, 2008                    LAW OFFICES OF MICHAEL C. COHEN

14

15                                     By:        */s/ Michael C. Cohen*
                                                MICHAEL C. COHEN

16

17                                   Attorneys for Plaintiff Meryl Borders-Humphrey

18                               **ORDER**

19       Having read the foregoing Stipulation and good cause appearing therefor,

20       IT IS SO ORDERED that the Case Management Conference is continued to

21  __September 5_____, 2008.

22

23  DATED: __July 21, 2008____.

24                                              JUDGE OF THE U.S. DISTRICT COURT

25

26

27

28



Stipulation and [~~Proposed~~] Order Continuing Case Management Conference         1098910v1 80135/0017