1  SUSAN L. SCHOENIG, ESQ. (91048)
   LAURA J. FOWLER, ESQ. (186097)
2  McDONOUGH HOLLAND & ALLEN PC
   Attorneys at Law
3  555 Capitol Mall, 9th Floor
   Sacramento, CA  95814
4  Phone: 916.444.3900
   Fax:    916.444.3249
5
   Attorneys for Prison Health Services, Inc.
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  MERYL BORDERS-HUMPHREY,          )   Case No. C 07-02516 JSW
                                     )
12                   Plaintiff,      )   **FOURTH JOINT CASE**
                                     )   **MANAGEMENT STATEMENT**
13          v.                       )
                                     )   DATE:        September 5, 2008
14  PRISON HEALTH SERVICES, INC., and)   TIME:        1:30 p.m.
    DOES 1 through 10,               )   PLACE:       Courtroom 2, 17th Floor
15                                   )
                     Defendants.     )
16  _____ )

17          The parties submit this joint case management conference statement to supplement

18  information provided in previous joint statements.  The parties refer to the other joint statements

19  filed previously in this matter for additional information.

20          1.      <u>**Status of Union Arbitration**</u>

21          Plaintiff's employment with defendant Prison Health Services, Inc. (PHS) was governed by a

22  collective bargaining agreement.  Plaintiff filed a union grievance challenging the termination of her

23  employment.  That grievance has now proceeded to arbitration.  The arbitration commenced on

24  December 4, 2008, and a second session was held on January 17, 2008.  Because the arbitration was

25  not completed on January 17, a third (and final) arbitration session was scheduled for Wednesday,

26  February 6, 2008.  The arbitration was completed on February 6, and the parties submitted post-

27  arbitration briefs.  On July 23, 2008, the arbitrator issued a ruling on the grievance, reinstating

28  Plaintiff's employment with PHS.



**2.    Case Management Conference**

The Court initially continued the case management conference in order to provide the parties time to complete mediation with the court-appointed ENE evaluator.  The parties did participate in mediation, but the case did not settle.  Following that, at the parties' joint request, the Court continued the case management conference four times, in order to allow the parties to complete the arbitration of Plaintiff's related union grievance.  The resolution of the union grievance had the potential to impact the scope of this present proceeding.  On July 23, 2008, the arbitrator issued his ruling.

**3.    Discovery**

Discovery in this matter has been stayed.  The parties have commenced (but not completed) Plaintiff's deposition.  The parties have also exchanged initial disclosures.

**4.    Other Matters**

PHS has obtained new counsel to defend it in this proceeding and will be filing a substitution of attorney either concurrently with this statement or shortly thereafter.

**5.    Scheduling**

Given the fact that PHS has just retained new defense counsel, PHS takes the position that it is premature to schedule this case for further proceedings.  PHS suggests that the Court set this matter for another case management conference in approximately 60-90 days in order to allow new defense counsel to get up to speed and commence work.  Plaintiff, however, prefers a new case management conference to be set in 30-60 days.  In addition, the arbitration ruling raises additional issues regarding Plaintiff's reinstatement and entitlement to back pay that need to be resolved, over which the arbitrator has retained jurisdiction.

**6.    Trial**

The parties estimate that the trial will take 5-7 court days.

DATED:  August 28, 2008

McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law

By:_____*/s/ Laura J. Fowler*_____
       LAURA J. FOWLER
Attorneys for Defendant Prison Health Services, Inc.



2

1

2  DATED:  August 28, 2008                LAW OFFICES OF MICHAEL C. COHEN

3

4                                         By:_____ /s/ Michael C. Cohen _____
                                                   MICHAEL C. COHEN
5
                                           Attorneys for Plaintiff Meryl Borders-Humphrey
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**MHA**
McDonough Holland & Allen PC
Attorneys at Law

Fourth Joint Case Management Statement                                1096535v1 80135/0017