UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MERYL BORDRS-HUMPHREY

       Plaintiff(s),                              No. C 07-02516 JSW

    v.                                    **CLERK'S NOTICE**

PRISON HEALTH SRVICES

       Defendant(s).
_____/

    (Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

    YOU ARE HEREBY NOTIFIED that on November 7. 2008, at 1:30 p.m., in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Further Case Management Conference **previously noticed for** September 5 2008 , in this matter. A supplement joint case management statement shall be due on or before October 31, 2008.

Please report to courtroom 2, on the 17th floor, U. S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

                                          Richard W. Wieking
                                          Clerk, United States District Court

                                          By:_____
                                          Jennifer Ottolini, Deputy Clerk
                                          Honorable Jeffrey S. White
                                          (415) 522-4173

Dated: August 29, 2008

NOTE: Please refer to Judge White's Standing Order located at www.cand.uscourts.gov for additional information