☐ AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## NORTHERN District of CALIFORNIA

MERYL BORDERS-HUMPHREY

                  Plaintiff (s),

V.

PRISON HEALTH SERVICES, INC., et al.

                  Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C 07-02516 JSW

Notice is hereby given that, subject to approval by the court, **Prison Health Services, Inc.** substitutes (Party (s) Name)

**Neda N. Dal Cielo**, State Bar No. **161982** as counsel of record in (Name of New Attorney)

place of **Susan L. Schoenig of McDonough Holland & Allen PC.**
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:     Littler Mendelson, P.C.

    Address:     50 West San Fernando Street, 15th Floor, San Jose, CA 95113-2431

    Telephone:     (408) 998-4150      Facsimile (408) 288-5686

    E-Mail (Optional):     ndalcielo@littler.com

I consent to the above substitution.

Date:     August 21, 2008

Scott King, Vice-President & General Counsel for Prison Health Services, Inc.

(Signature of Party (s))

I consent to being substituted.

Date:     August 26, 2008

Susan L. Schoenig

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:     September 24, 2008

Neda N. Dal Cielo

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:     September 25, 2008

Jeffrey S. White
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com