1

2

3

4

5

6                              IN THE UNITED STATES DISTRICT COURT

7

8                            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    MERYL BORDRS-HUMPHREY,

10              Plaintiff,                              No. C 07-02516 JSW

11      v.

12   PRISON HEALTH SRVICES,                    **ORDER CONTINUING CASE**
                                               **MANAGEMENT CONFERENCE**
13              Defendant.
     _____/

14

15          The Court HEREBY CONTINUES the Case Management Conference scheduled for

16   November 7, 2008 to December 5, 2008 at 1:30 p.m.  The parties are DIRECTED to file a

17   further joint case management statement by no later than November 28, 2008.  In particular, the

18   parties shall address the following issues: (1) the current status of the outstanding arbitration

19   issues; (2) whether discovery should be stayed until the arbitration issues are completely

20   resolved; (3) what claims remain in this action in light of the arbitration or what other impact

21   the arbitration has had on Plaintiff's claims in this Court; and (4) considering that the arbitration

22   seems to have resolved some of the issues raised by this case, whether mediation or a settlement

23   conference would be beneficial.

24          **IT IS SO ORDERED.**

25

26   Dated: November 6, 2008                    _____
                                                JEFFREY S. WHITE
27                                              UNITED STATES DISTRICT JUDGE

28

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court

For the Northern District of California