IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MERYL BORDRS-HUMPHREY,

    Plaintiff,

    v.

PRISON HEALTH SRVICES,

    Defendant.

No. C 07-02516 JSW

**ORDER TO SHOW CAUSE**

    This matter came before the Court for a case management conference on Friday, December 5, 2008. On November 6, 2008, the Court issued an order continuing the further case management conference scheduled in this matter to December 5, 2008. Counsel for Plaintiff was required, but failed, to appear for that case management conference.

    Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE in writing by no later than December 12, 2008, as to why this case should not be dismissed for failure to prosecute and why Plaintiff's counsel should not be sanctioned in the amount of $1000 for failing to abide by this Court's order requiring appearance at the case management conference. Failure to respond to this Order by December 12, 2008, shall result in dismissal of this matter

///
///
///
///
///

without prejudice and the issuance of sanctions against Plaintiff's counsel in the amount of $1000.

**IT IS SO ORDERED.**

Dated: December 5, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE