IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERYL BORDERS-HUMPHREY, | |
| Plaintiff, | No. C 07-02516 JSW |
| v. | |
| PRISON HEALTH SERVICES, | **ORDER IMPOSING SANCTIONS** |
| Defendant. | |

Due to Plaintiff's counsel's failure to attend the case management conference on December 5, 2008, the Court HEREBY IMPOSES sanctions in the amount of $500.00 payable to the Clerk of the Court by no later than December 19, 2008. These sanctions are to be paid by counsel, and not his client. The Court will not dismiss Plaintiff's case.

**IT IS SO ORDERED.**

Dated: December 10, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE