NEDA N. DAL CIELO, Bar No. 161982
ERICA H. KELLEY, Bar No. 221702
LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
Telephone: 408.998.4150
Facsimile: 408.288.5686

Attorneys for Defendant
PRISON HEALTH SERVICES, INC.

Michael C. Cohen, Esq., Bar No. 65487
LAW OFFICES OF MICHAEL C. COHEN
1814 Franklin Street, Suite 900
Oakland, CA 94612
(510) 832-6436
Fax (510) 832-6439

Attorney for Plaintiff
MERYL BORDERS-HUMPHREY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Meryl Borders-Humphrey,<br><br>Plaintiff,<br><br>v.<br><br>Prison Health Services, Inc., and DOES 1 through 10, ,<br><br>Defendant. | Case No. C 07-02516 JSW<br><br>**STIPULATED DISMISSAL OF ACTION WITH PREJUDICE AND [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

WHEREAS the parties to this action have fully and finally resolved all issues set forth in this case. IT IS HEREBY STIPULATED by and between the parties to this action that the above-captioned action be and hereby is dismissed <u>with prejudice</u> as to Defendant Prison Health Services, Inc. pursuant to Fed. R. C. P. 41(a)(1). IT IS FURTHER STIPULATED by and between the parties that each party shall bear their own attorneys' fees and costs of suit.

Dated: July 29, 2009

_____
MICHAEL COHEN
Attorney for Plaintiff MERYL BORDERS-HUMPHREY

Dated: July 29, 2009

_____
NEDA N. DAL CIELO
LITTLER MENDELSON, P.C.
Attorney for Defendant PRISON HEALTH SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Meryl Borders-Humphrey,<br><br>     Plaintiff,<br><br>v.<br><br>Prison Health Services, Inc., and DOES 1 through 10, ,<br><br>     Defendant. | Case No.  C 07-02516 JSW<br><br>**STIPULATED DISMISSAL OF ACTION WITH PREJUDICE AND [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

### ORDER

In consideration of the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED as follows: THE ABOVE CAPTIONED ACTION IS HEREBY DISMISSED WITH PREJUDICE IN ITS ENTIRETY.

Dated: August 21, 2009

*[signature]*
Hon. Jeffrey S. White
United States District Judge

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

DISMISSAL ORDER
FIRMWIDE:90830135.1 060561.1003

2.    No. C 07-02516 JSW